IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 14 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

PINNACLE BANK                           )
                                        )
    Plaintiff,              )        Civil Action No. 7:17CV00395
                                        )
v.                                      )        **ORDER**
                                        )
BLUESTONE ENERGY SALES                  )        By: Hon. Glen E. Conrad
CORPORATION, et al.,                    )        United States District Judge
                                        )
    Defendants.             )

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Carter Bank and Trust's motion to intervene (Docket No. 7) is **GRANTED**; and

2. The docket shall be amended to reflect that Carter Bank and Trust is an intervenor-
   defendant in this action.

The Clerk is directed to send copies of this order and the accompanying memorandum
opinion to all counsel of record.

DATED: This _14th_ day of November, 2017.

_____
United States District Judge